# United States Court of Appeals for the Federal Circuit

---

**LAITRAM, LLC,**
*Appellant*

**v.**

**ASHWORTH BROS., INC.,**
*Cross-Appellant*

---

2022-1044, 2022-1045, 2022-1084

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00593, IPR2020-00594.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND VACATED AND REMANDED-IN-PART**

FOR THE COURT

May 15, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court